**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 22-4458**

─────────────

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

   v.

DA LEE, a/k/a Dru Man,

        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:21-cr-00058-KDB-DSC-2)

─────────────

Submitted:     May 30, 2024                   Decided:  July 15, 2024

─────────────

Before AGEE, THACKER and QUATTLEBAUM, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

**ON BRIEF:**  Noell P. Tin, TIN FULTON WALKER & OWEN, Charlotte, North Carolina, for Appellant.  Dena J. King, United States Attorney, Elizabeth M. Greenough, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Da Lee appeals from his conviction for three offenses related to a conspiracy to traffic marijuana and methamphetamine. He argues that the district court erred in admitting a law enforcement officer's testimony regarding the meaning of certain drug-related code words used in text messages. Because Lee failed to raise this issue at trial, we review for plain error. *See* Fed. R. Crim. Pro. 52(b).

We have reviewed the record and conclude that, assuming the district court did plainly err, Lee failed to meet his burden of establishing that the purported error affected his substantial rights. *See Greer v. United States*, 593 U.S. 503, 508 (2021). Accordingly, we affirm Lee's sentence. We dispense with oral argument because the facts and legal contentions are adequately presented by the materials before this Court and argument would not aid the decisional process.

*AFFIRMED*